# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

### Report on Person Under Supervision

| | |
|---|---|
| **Person Under Supervision** | **Docket Number** |
| Sujata Sachdeva | 0971 4:17CR00315-001 YGR |

**Name of Sentencing Judge:** The Honorable Lynn Adelman
United States District Judge

**Date of Original Sentence:** November 17, 2010

**Original Offense**
Counts One through Six: Wire Fraud 18 U.S.C §§ 1343, Class B Felonies.

**Original Sentence:** 132 months imprisonment, on each of Counts One through Six, running concurrently. Followed by 3 years term of supervised release, on each of Counts One through Six, running concurrently.

**Special Conditions:** $600 special assessment; $34,000,000 restitution (paid at a rate of not less than $500/month); within 72 hours of release from custody, report to the probation office in the district in which she is released; not possess any firearms or dangerous weapons; not illegally possess or use any controlled substance; refrain from use of all alcoholic beverages; cooperate in collection of DNA; not hold employment having fiduciary responsibilities; not open new lines of credit; and participate in a mental health treatment program.

**Prior Form(s) 12:** None.

On May 30, 2017, jurisdiction was transferred from the Eastern District of Wisconsin (ED/WI) to the Northern District of California (ND/CA).

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | April 7, 2017 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Matthew L. Jacobs | Michael F. Hart (Retained) |
| Scott J. Campbell | Dean A. Strang (Retained) |

RE:   Sachdeva, Sujata                                                                                                                2
      0971 4:17CR00315-001 YGR

## Petitioning the Court to Take Judicial Notice

### Cause

According to the Offender Payment Enhanced Report Access (OPERA), the client's outstanding restitution balance as of March 9, 2020 is $29,335,639 as $4,664,361 has been collected. Mrs. Sachdeva has satisfied the $600 special assessment in full, as of August 11, 2011. During the course of supervision, the client submitted monthly payments of no less than $500.

### Action Taken and Reason

Throughout the client's term of supervised release, she has maintained a stable residence in Castro Valley, California. Mrs. Sachdeva has been gainfully employed full-time with Telecom Inc. in Oakland, California, as a customer service representative, since May 2017, while earning approximately $2,568.43/month.

Her economic circumstances have been monitored throughout the period of supervision for changes that might affect her ability to pay, and intermittent computer asset searches utilizing commercial databases have not revealed unreported assets. Mrs. Sachdeva's monthly restitution appears commensurate with her ability to pay.

The U.S. Probation Office recommends the client's supervision terminate on April 6, 2020, as scheduled. The client understands she must continue making payments through the U.S. Attorney's Office Financial Litigation Unit, after the expiration of her term of supervision.

Pursuant to 18 U.S.C. §§ 3613 (b) and (f), the liability to pay restitution shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment. Therefore, the United States Attorney's Office has the authority to collect monies from the client until April 7, 2037. It is recommended the client be allowed to terminate from supervision with an outstanding restitution balance.

Respectfully submitted,                              Reviewed by:

_____                  _____
Leon T. Dang                                         Sonia Lapizco
U.S. Probation Officer                               Supervisory U.S. Probation Officer
Date Signed: March 11, 2020

**RE:**   Sachdeva, Sujata                                                                                                                    3
             0971 4:17CR00315-001 YGR

THE COURT ORDERS:

- ☑ The Court concurs and takes judicial notice
- ☐ Submit a request to modify supervision
- ☐ Submit a request for a warrant
- ☐ Submit a request for summons
- ☐ Other:

_____                    _____
         March 17, 2020                                                Yvonne Gonzalez Rogers
Date                                                                          United States District Judge

RE:   Sachdeva, Sujata